JOSEPH A. YANNY, ESQ., SBN 97979
RAPHAEL B. EMANUEL, ESQ., SBN 218755
KIM D. ASHLEY, ESQ., SBN 253160
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949

Attorneys for Plaintiff Kippys, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | NO.: 08 CV 0397H<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |

Plaintiff Kippys, Inc. ("Kippys") hereby applies to this Court, ex parte, for a Temporary Restraining Order and an Order to Show Cause regarding the issuance of a Preliminary Injunction to enjoin, pendent lite, Defendants About Attitude, Kim Logue, and Does 1 through 50, their co-owners, partners, officers, directors, managing agents, subsidiaries, parents, affiliated entities, heirs, successors, assigns, agents, employees, attorneys, and each of them, and all others in active concert or participation with him, from the following:

(A) Infringing upon any of the Kippys Marks identified as follows:

**Federally Registered Marks**

1. No. 3,219,265 for "Kippys" (first use and first use in commerce 1948) for clothing in International Class 25; and

2. No. 3,219,266 for "Kippys" (first use and first use in commerce 1948) for clothing in International Class 25.

(B)  Infringing upon any of Kippys' copyrights identified as follows:

**Pending Federal Copyright Registration**

1. "Kippys Big Cowboy Belt" (creation completed 2001) for a work of the visual arts; and

2. "The Original Kippys Catalog" (creation completed in 2008) for a work of the visual arts;

(C)  Reproducing, copying, imitating or using, or causing to be reproduced, copied, imitated or used, the Kippys Marks or Kippys Copyrights, any elements thereof, or any copy, or colorable imitation thereof, for any purpose;

(D)  Manufacturing, distributing, marketing, selling or offering for sale, or advertising any products or services which bear the Kippys Marks or Kippys Copyrights, any elements thereof, or any reproduction, copy or colorable imitation thereof, including, but not limited to, the Kippys Marks or Kippys Copyrights;

(E)  Using, or assisting others in using, any reproduction, copy or colorable imitation of the Kippys Marks or Kippys Copyrights in connection with advertising, packaging, promotion or sale of any product or any service;

(F)  Making any representation or using any false designation of origin or false description or performing any act which can or is likely to lead the trade or public to believe that Defendants or anyone associated therewith, is in any manner associated or connected with Kippys or licensed, sponsored, or approved by Kippys; and

(G)   Engaging in any other activities which constitute unfair competition with Kippys, constitute infringement of the Kippys marks or Kippys copyrights, interfere with Kippys' right to use or to exploit such marks, or in any way dilute Kippys' name, reputation or goodwill.

Kippys bases this Application on its federal and state trademark dilution claims, federal and state trademark infringement claims, federal copyright infringement claims and federal and state unfair competition claims stated in its Complaint, the supporting Memorandum of Points and Authorities attached hereto, the Declaration of Raphael Emanuel submitted herewith certifying the reasons why Defendants have not and should not be notified of this Application, the Declarations and Exhibits submitted herewith, and any and all evidence which may be presented at the hearing on this Application, if any.

Respectfully submitted by,

YANNY & SMITH

Dated: March 3, 2008

_____
Joseph A. Yanny