1  JOSEPH A. YANNY, SBN. 97979
   RAPHAEL B. EMANUEL, SBN 218755
2  KIM D. ASHLEY, SBN 253160
   YANNY & SMITH
3  1801 Century Park East, 23rd Floor
   Los Angeles, California 90067
4  Telephone: (310) 551-2966

5  Attorneys for Plaintiff Kippys, Inc.

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  KIPPYS, INC., a California Corporation,  )  **NO.: 08 CV 0397H**
                                             )
12              Plaintiff,                    )
                                             )
13      v.                                    )  **EXHIBITS IN SUPPORT OF PLAINTIFF'S**
                                             )  **EX PARTE APPLICATION FOR A**
14  ABOUT ATTITUDE, an entity of unknown     )  **TEMPORARY RESTRAINING ORDER AND**
    form, 13817 Village Mill Drive, Suite 200,)  **AN ORDER TO SHOW CAUSE RE:**
15  Midlothian, Virginia 23114; KIM LOGUE,   )  **PRELIMINARY INJUNCTION**
    an individual, and DOES 1 through 50,    )
16  inclusive,                               )
                                             )
17              Defendants.                   )
    _____ )
18

19                        Respectfully submitted by,

20                    YANNY & SMITH

21

22  Dated: March _3_, 2008      _____
                                  Joseph A. Yanny
23

24

25

26

27

28
    _____
                EXHIBITS RE TRO/PI APPLICATION

1

### *TABLE OF CONTENTS*

2
*Page*

3
Exhibit A
    Kippys Trademark Registration No. 3,219,265.................................................1

4
Exhibit B
5
    Kippys Trademark Registration No. 3,219,266.................................................2

6
Exhibit C
    Copyright Application No. 1-RC3PF for "Big Cowboy Belt"..........................3
7
Exhibit D
8
    People Magazine Spread from March 2008...................................................16

9
Exhibit E
    Aboutattitude.com Website Prior to March 1, 2008......................................21
10
Exhibit F
11
    Aboutattitude.com Website as of March 1, 2008..........................................23

12
Exhibit G
    Cover of Madonna Single "What it Feels Like for a Girl".............................24
13
Exhibit H
14
    Email Confirmations of Belt Order and Shipment from About Attitude.........25

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Mar 1 04:12:53 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# KIPPYS

| | |
|---|---|
| **Word Mark** | KIPPYS |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely belts, jackets, shirts, hats, caps, sun visors, socks, shorts and pants. FIRST USE: 19480000. FIRST USE IN COMMERCE: 19480000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76647009 |
| **Filing Date** | September 19, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 2, 2007 |
| **Registration Number** | 3219265 |
| **Registration Date** | March 20, 2007 |
| **Owner** | (REGISTRANT) Kippys, Inc. CORPORATION CALIFORNIA 1114 Orange Avenue Coronado CALIFORNIA 92118 |
| **Attorney of Record** | Joseph A. Yanny |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT A

-1-



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Mar 1 04:12:53 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | KIPPYS |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely belts. FIRST USE: 19480000. FIRST USE IN COMMERCE: 19480000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76647010 |
| **Filing Date** | September 19, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 2, 2007 |
| **Registration Number** | 3219266 |
| **Registration Date** | March 20, 2007 |
| **Owner** | (REGISTRANT) Kippys, Inc. CORPORATION CALIFORNIA 1114 Orange Avenue Coronado CALIFORNIA 92118 |
| **Attorney of Record** | Joseph A. Yanny |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

EXHIBIT B

-2-



# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



**No.    1-RC3PF**

**Date:  2/27/2008 2:00:16 PM**

## Received

| | | |
|---|---|---|
| Form(s): | 1 FORM VA | |
| Deposit Count: | 1 | ☐ Search Report |
| Piece Count: | 1 | ☐ Search |
| Type of Deposit: | 3-DIMENTIONAL ARTWORK | ☐ Retrieval |
| Other Enclosures: | | ☐ Correspondence |
| Title: | KIPPYS BIG COWBOY BELT | ☐ Inspection |
| # of Additional Titles: | | ☐ Photocopies |
| **Priority:** | | ☐ Additional Certificate |
| | | ☐ Certification |
| **Received By:** | SSIM | ☐ Secure Test Exam |
| # of Documents | | Other: |

| | | |
|---|---|---|
| **Received From:** YANNY AND SMITH | | Phone: |
| | 1925 CENTURY PARK EAST, SUITE 1260 | |
| | LOS ANGELES, CA 90067 | |
| | , | |
| | United States | |
| **Representing:** | | Phone: |

**Correspondence Id**

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | 1 @ $45 |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $45.00 | Deposit Account: | |
| Special Handling Fee: | $ | Deposit Account Name: | |
| Secure Test Exam Fee: | $ | | |
| **Total Due:** | $45.00 | | |
| | | **Total Payment:** | **$45.00** |

## Notes

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

EXHIBIT C

-3-

1794

**YANNY & SMITH**
**CLIENT TRUST ACCOUNT**
1925 CENTURY PARK EAST, SUITE 1260
LOS ANGELES, CA 90067
(310) 551-2966

**UNION BANK**
LOS ANGELES, CA 90067
16-49/1220

2/25/2008

PAY TO THE
ORDER OF _____ Register of Copyrights _____ $**45.00

Forty-Five and 00/100************************************************************************************************************

DOLLARS

Library of Congress
Copyright Office, Dept 100
101 Independence Ave., S.E.
Washington, D.C.  20559-6000

MEMO _____ Kippy's Big Cowboy Belt Copyright application _____

MP

⑆001794⑆ ⑈122000496⑈ 206014158 7⑆

YANNY & SMITH / CLIENT TRUST ACCOUNT

| | | 2/25/2008 | 1794 |
|---|---|---|---|
| Register of Copyrights | | | |
| 5000 · Client Cost:5140 · Filing Fees | Kippy's Big Cowboy Belt Copyright application | | 45.00 |

Trust Account - Union    Kippy's Big Cowboy Belt Copyright application          45.00

EXHIBIT C

-4-

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU

EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Kippys Big Cowboy Belt

NATURE OF THIS WORK ▼ See instructions

Belt Design

Previous or Alternative Titles ▼

Model B150-BC

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Kippys, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in __United States__

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2001
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kippys, Inc. 1114 Orange Ave., Coronado, CA 92118

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**EXHIBIT C**
-5-

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE    Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼     **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joseph A. Yanny/Yanny & Smith/1801 Century Park East, 23rd Floor/Los Angeles, CA 90067

b

Area code and daytime telephone number    (310) 551-2966      Fax number   (310) 551-1949

Email

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of   Kippys, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Date _____

Handwritten signature (X) ▼

X _____

**8**

---

| Certificate will be mailed in window envelope to this address: | Name ▼ Bob Kipperman c/o Yanny & Smith | |
|---|---|---|
| | Number/Street/Apt ▼ 1801 Century Park East, 23rd Floor | EXHIBIT C |
| | City/State/ZIP ▼ Los Angeles, CA 90067 | -6- |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full  Rev. 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office 2004-330-959 / 60,125

Title: 1 ½ inch Big Cowboy Belt B-150-BC-A
Dimensions: Width 1/12 inches
              Length varies. 38 inches shown.



EXHIBIT C
-7-



EXHIBIT C



EXHIBIT C
-9-



EXHIBIT C

-10-



EXHIBIT C

-11-



EXHIBIT C
-12-

Tag



EXHIBIT C

-13-



EXHIBIT C

-14-



EXHIBIT C



NEWS, STYLE & INTERVIEWS

FAITH    GARTH    MARTINA    BRAD

# People

## COUNTRY SPECIAL

MARCH 2008

# HOTTEST COUNTRY STARS!
## CARRIE UNDERWOOD GETS PERSONAL

## FREE MUSIC DOWNLOADS!

# 25 BEST LOVE SONGS

# AT HOME WITH ALAN JACKSON

DISPLAY UNTIL MARCH 10, 2008

$3.99US $4.99CAN

0 92567 10089 7    81>

People SPECIALS

EXHIBIT D
-16-

**6 ON THE SCENE**
Country stars out on the town

**9 ROUNDUP**
The latest on Garth Brooks, Trace Adkins and more

**16 MAKE ME A COUNTRY STAR!** Hollywood types try to become down-home crooners

**18 HAPPY BIRTHDAY, TAYLOR!** Taylor Swift celebrates her 18th

**20 MY FAVORITE THINGS**
LeAnn, Martina and Blake reveal their must-haves

**25 NINE NEW STARS WORTH LISTENING TO!**
Hot, new (and free!) music

**30 IF I WERE 17 AGAIN…**
Behind Brad Paisley's new hit

**32 THE MOST ROMANTIC THING I'VE EVER DONE**

**34 BEST LOVE SONGS**

**37 THE BOOTS STARS LOVE**
Favorite styles of the famous

**41 I REALLY LOVE MY…**
A-list accessories

**44 COVER: CARRIE TELLS ALL**
Carrie Underwood opens up about her career and love life

**50 A COUNTRY BOY'S PARADISE** Inside Alan Jackson's home

**59 FABULOUS FIREPLACES**
Celebs bare their hearths

**62 STARS AT PLAY**
How your faves have fun

**68 THE FIT PARADE**
Keeping in stage shape

**73 KIX BROOKS UNCORKED!**
His guide to wine

**76 TRISHA'S HOME COOKING**
Yearwood shares a recipe from her new cookbook

**78 GARY ALLAN'S PUERTO VALLARTA** The singer's ideal vacation spot

**80 PICTURE PUZZLE**

<div style="writing-mode: vertical">CLOCKWISE FROM LEFT: GEORGE HOLZ; KURT MARKUS; BEN FINK/CLARKSON POTTER; MARTY PHOTTUA STUDIO</div>



50
Alan Jackson gives a tour of his Tennessee mansion



37
Favorite boots



76
Trisha Yearwood serves up her recipe for barbecued ribs

**STAFF FOR THIS ISSUE**

**Editor:** Cynthia Sanz **Senior Editor:** Jamie Bufalino **Associate Editor:** Eileen Finan **Art Director:** Sara Pates **Deputy Art Director:** David Jaenisch **Director of Photography:** Chris Dougherty **Pictures:** Christine Ramage (Editor), Barbara Rocha-Beck, Jennifer Lombardo **Writers:** Shelley Akers, Antoinette Y. Coulton, Rennie Dyball, Julie Jordan, Bethany Lye, Samantha McIntyre, Thailan Pham, Brenda Rodriguez, Karen Schneider, Ericka Souter, Charlotte Triggs, Kay S. West, Jennifer Wren, Virginia Luppescu **Fashion and Home:** Clarissa Cruz, Joyce Huang, Dwyer Paulsen **Reporters:** Lucy Hitz, Debra Lewis-Boothman, Hugh McCarten, Lesley Messer, Vincent Peterson, Christina Tapper, Melody S. Wells **Research:** Robert Britton (Director), Céline Wojtala (Deputy), David Barbee, Jane Bealer, Sal Covarrubbias, Margery Frohlinger, Suzy Im, Ean Sheehy, Jack Styczynski, Patrick Yang **Copy Editor:** Lance Kaplan

**Production Artists:** Denise Doran, Cynthia Miele, Dan Neuberger **Scanners:** Brien Foy, Stephen Pabarue **Imaging:** Francis Fitzgerald (Manager), Romeo Cifelli, Charles Guardino (Assistant Managers), Mark Polomski **Production:** Lori Kyle (Director), Meghan Milkowski (Manager), Amy Taup (Associate Director), Rachel Shweky, Debbie Callaway, Patty Koh **Administration:** Patricia Hustoo **Publishing:** Paul J. Caine (President), David Geithner (VP, Group General Manager), Nancy Valentino (VP, Communications & Brand Development), Jennifer Ogden-Reese (VP, Consumer Marketing), Lori A. Kyle (Production Director, People Group), Peter Medwid (Associate Publisher, Advertising Sales), Susan Parkes-Cirignano (Associate Publisher, Marketing, People Group), Elissa Fishman (Finance Director, People Group), Andy Meyerson (Eastern Advertising Director)

EXHIBIT D

-17-

THE STARS
ADORED THESE
ACCESSORIES
SO MUCH,
THEY JUST
HAD TO GIVE
THEM ENCORE
APPEARANCES

# I REALLY
# LOVE MY...



FAITH HILL

...at a taping of *The Ellen DeGeneres Show.*

Out in N.Y.C. in August...

...leaving a restaurant...

VALENTINO VIREE BAG

**Get the Look!**

**About Attitude** Braided handle tote, $68; aboutattitude.com

EXHIBIT D
-18-

# I REALLY **LOVE MY...**



Performing on the *Today* show in February '07.

**KNIT CAP**



KEITH URBAN

In N.Y.C. Nov. 14.



In Sydney Oct. 27.

## Get the Look!

**The North Face** GTO Knit Buster Beanie, $25; thenorthface.com for stores





Rehearsing May 11.



GRETCHEN WILSON

In Las Vegas May 12.

**KIPPYS BELT**



In L.A. Oct. 25.

## Get the Look!

**About Attitude** Rhinestone-Studded Belt, $59; aboutattitude.com



EXHIBIT D
-19-

**JENNIFER NETTLES**



In Nashville last March.



BANGLE BRACELETS

In Nashville in June.



At an Atlanta concert last April.



## Get the Look!

**Rimistyle**
Bangle Jangle Set, $20; rimistyle.com

CLOCKWISE FROM TOP LEFT: RANDI RADCLIFFE/MEDIA; LAURA FARR/ADMEDIA; FERNANDO ALLENDE/FLASH-NEWS; JAY BRADY/EVERETT; JOHN AMIS/AP



SO NICE SHE WORE IT TWICE!

In Phoenix last March.

**REBA McENTIRE** in Carmen Marc Valvo.

At an N.Y.C. concert in October.

EXHIBIT D
-20-

Home  WHAT'S HOT?  Shopping Bag  Contact Us  Price Match  About Us

# a b o u t   a t t i t u d e

Free Shipping On Orders Over $75

---

| | |
|---|---|
| Search | |

WHAT'S HOT?
As Seen In...
Belts
Card Cases
Cosmetic Bags
Cowboy Boots
Handbags
Jewelry
Laptop Bags
Pet Carriers
Small Accessories
Travel Accessories
Wallets

### Contact Us

Feel free to contact us with any questions you may have.

about attitude
13817 Village Mill Dr. Suite 200
Midlothian, VA 23114
fax: 804.897.9163

Best way to reach us is via email
**info@aboutattitude.com**
A response will be sent within 24 hours

***NOTE: If you do not receive a response from us please check Bulk and Spam folders. Yahoo email accounts in particular filter our emails to Bulk mail.

Press inquiries please contact:
**kim@aboutattitude.com**

---

Taber

Email Web Admin  Return Policy  Shipping
Policy  Additional Policies/Disclaimer

Last Updated: 2/11/2008 8:02:39 PM

@2006 Copyright about attitude

EXHIBIT E
-21-

| Search | Home - Belts | | | | 1 2 3 Next | | | | Sort by Price |

**WHAT'S HOT?**
As Seen In...
**Belts**
   Cool Buckles
   Leather
   Leatherock
   Pucci Inspired
   Sequin Sash
   Treesje
Card Cases
Cosmetic Bags
Cowboy Boots
Handbags
Jewelry
Laptop Bags
Pet Carriers
Small Accessories
Travel Accessories
Wallets



Amber Studded Belt
$149



As Seen In People
Rhinestone Belt-Black
$59



As Seen In People
Rhinestone Belt-Pewter
$59



Belt Buckle-Pirate Light
Buckle
$25



Belt Buckle-Skull Bottle
Opener
$20



Belt Buckle-Tattoo Flash
$22



Belt Buckle-You
Bitch-Black
$22



Belt Strap-Black
$10



Belt Strap-White
$10

EXHIBIT E

-22-



home | about us | contact us | shopping bag | search: [_____]

Home > As Seen In > People March '08

## People March '08



What's New
As Seen In
Handbags
Cosmetic Bags
Belts
Jewelry
Laptop Bags
Pet Carriers
Travel



**SEND**

**Newsletter Sign Up**

receive exclusive offers and important updates

enter email address

**SIGN UP**



**Rhinestone Studded Belt**

**$59.00**



**Double Braided Handle Tote**

**$68.00**

home | returns | shipping | policies | site map | disclaimer | s

VISA MasterCard

EXHIBIT F



EXHIBIT G

Receipt – PayPal

02/18/2008 01:49 PM

*ordered per Bb -2/18*

# About Attitude

## Receipt

**PayPal**   🔒 Secure Payments

**Ship To:**   Catherine Busbee
P.O. Box 181495
Coronado, CA 92178
United States

**Seller Information:**    About Attitude
paypal@aboutattitude.com

This Payment will appear on your credit card statement as **"ABOUTATTITU"**

**Receipt ID: 0901-4326-5076-4181**     Placed on Feb. 18, 2008

| Item | Options | Quantity | Amount |
|------|---------|----------|--------|
| As Seen In People Rhinestone Belt-Black<br>$59<br>Item # 3380bk*59 | | 1 | $59.00 |

Subtotal:    $59.00 USD

Shipping & Handling:    $8.00 USD

**Total Amount:**    **$67.00 USD**

( Print )    ( Done )

PayPal. The safer, easier way to pay.
For more information, read our <u>User Agreement</u> and <u>Privacy Policy</u>.

https://www.paypal.com/us/cgi-bin/webscr?cmd=_flow&SESSION=MuJP...85d80a13c0db1f35bed810ca29224194ca8b1b097b671988f0ad0034239f22    Page 1 of 1

EXHIBIT H

-25-

> Date: Tue, 26 Feb 2008 14:56:24 -0800
> Subject: Your purchase will be shipped by PayPal Shipping with U.S. Postal
Service®
> To: catherinebusbee@hotmail.com
> From: service@paypal.com
>
> Dear Catherine Busbee,
>
>
>
> Your package will be shipped by PayPal Shipping with U.S. Postal Service
>
> About Attitude used PayPal Shipping with U.S. Postal Service to create a
shipping label for your package.
>
> You can check the delivery status of your package online at:
>
>
http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do?origTrackN
um=9101150134711142887747
>
>
> Please note: Tracking information is updated throughout the day, but most
data is transmitted in the afternoon or evening. For example, if your
Express Mail® package is mailed today at 10:00 a.m., you might not be able
to view tracking information until the next day.
>
>
> ----------------------------------
> Shipment Details
> ----------------------------------
>
> Tracking Number: 9101150134711142887747
>
> Shipped From:
>
> About Attitude
> 13817 Village Mill Drive
> Suite 200
> Midlothian, VA
> 23114
> United States
>
>
> Ship To:
>
> Catherine Busbee
> P.O. Box 181495
> Coronado, CA
> 92178
> United States
>
>
> Carrier: U.S. Postal Service
>
> Service Type: Priority Mail® (2-3 days)
>
>
> Note: Shipping time may sometimes exceed time shown for selected service
type, depending on the distance between seller and buyer.
>
>
>
>
> ----------------------------------------------------------------
> Your Purchase Details
> ----------------------------------------------------------------
>
>
> Amount: $67.00 USD
>

EXHIBIT H

-26-

```
> Transaction ID: 6YN82949K5018674C
>
>
> Subject:custom field
>
> Note:custom field
>
>
> --------------------------------------------------------------
> Transaction Details
> --------------------------------------------------------------
> You can view PayPal transaction details related to this shipment at:
> https://www.paypal.com/us/vst/id=6YN82949K5018674C
>
>
> --------------------------------------------------------------
>
>
>
>
> Sincerely,
> PayPal
>
>
>
> --------------------------------------------------------------
> PROTECT YOUR PASSWORD
>
> NEVER give your password to anyone, including PayPal employees. Protect
yourself against fraudulent websites by opening a new web browser (e.g.
Internet Explorer or Netscape) and typing in the PayPal URL every time you
log in to your account.
>
>
> --------------------------------------------------------------
>
>
>
> --------------------------------------------------------------
>
> PayPal Email ID PP242
```