# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0397 H (AJB)<br><br>**SCHEDULING ORDER RE PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

On March 3, 2008, plaintiff Kippys, Inc., a California corporation, filed a complaint against defendants About Attitude and Kim Logue. (Doc. No. 1.) Plaintiff filed concurrently an ex parte motion for a temporary restraining order ("TRO") and for an order to show cause regarding a preliminary injunction. (Doc. No. 3.)

The Court declines to grant ex parte injunctive relief and orders as follows:

1.   Plaintiff shall serve defendants with copies of the complaint, Plaintiff's ex parte motion for a TRO, and all other documents filed by Plaintiff in this case. Plaintiff also shall serve defendants with a copy of this Order.

2.   The Court will hold a hearing on Plaintiff's motion for a TRO on March 24, 2008 at 10:30 a.m. in courtroom 13.

- 1 -

3. Defendants shall file responses in opposition to Plaintiff's motion for a TRO by March 17, 2008. If Defendants wish to specially appear for the limited purpose of opposing Plaintiff's motion for a TRO, Defendants should so indicate on their briefs.

4. Plaintiff may file a reply on or before March 20, 2008.

The Court orders both parties to preserve all relevant evidence until the hearing on Plaintiff's motion.

IT IS SO ORDERED.

DATED: March 6, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT