1  JOSEPH A. YANNY, ESQ., SBN 97979
   RAPHAEL B. EMANUEL, ESQ., SBN 218755
2  KIM D. ASHLEY, ESQ., SBN 253160
3  YANNY & SMITH
   1801 Century Park East, 23rd Floor
4  Los Angeles, California 90067
   Telephone: (310) 551-2966
5  Facsimile: (310) 551-1949

6  Attorneys for Plaintiff Kippys, Inc.

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 KIPPYS, INC., a California Corporation,  | NO.: 08 CV 0397H (AJB)

13              Plaintiff,                   | PROOF OF SERVICE

14 v.

15 ABOUT ATTITUDE, an entity of unknown form,
16 13817 Village Mill Drive, Suite 200, Midlothian,
   Virginia 23114; KIM LOGUE, an individual, and
17 DOES 1 through 50, inclusive,

18              Defendants.

# PROOF OF SERVICE

I am a citizen of the United States and I am over the age of eighteen (18) and not a party to the within action. My business address is 1801 Century Park East, 23rd Floor, Los Angeles, California 90067. I am employed by a member of the bar of this court at whose direction this service was made.

On March 7, 2008 I served the foregoing document described as:

**COMPLAINT; SUMMONS; PLAINTIFF'S EX PARTE MOTION FOR A TRO; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATIONS; EXHIBITS; AND SCHEDULING ORDER**

on the interested parties in this action as follows:

( )   By transmitting via facsimile the above listed documents to the fax numbers set for below on this date before 6:00 p.m.

( X )   By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

( )   By causing personal delivery of the documents listed above to the persons set forth below.

( )   By personally delivering the documents listed above to the persons at the addresses set forth below.

About Attitude
13817 Village Mill Drive, Suite 200
Midlothian, VA 23114

Kim Logue
13817 Village Mill Drive, Suite 200
Midlothian, VA 23114

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 7, 2008 in Los Angeles, California.

JESSICA A. ABARCA