Stuart E. Jones, (State Bar No 104566)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual
doing business as About Attitude

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia; KIM LOGUE, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.: 08-CV-0397 H<br><br>OBJECTION TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Date:　　March 24, 2008<br>Time:　　10:00 a.m.<br>Dept:　　13<br>Judge:　Marilyn L. Huff |

Defendant Kim Logue objects to the evidence submitted in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction on each of the following grounds:

<u>Declaration of Robert "Bob" Kipperman</u>

　　1.　　Paragraphs 16, 17, 18, 19, 20, 21, 22, 23: Mr. Kipperman lacks personal knowledge of the statements contained therein. FRE 104; *United States v Burnett* (DC Cir. 1989) 890 F2d 1233, 1240

　　2.　　Paragraphs 20, 21, 22 and 23 12 and 13: Mr. Kipperman lacks both the personal knowledge and requisite experience to give an opinion regarding Ms. Logue's actions. FRE 702; *Daubert v Merrell Dow Pharmaceuticals, Inc.* (1993) 509 US 579, 592

<u>Declaration of Raphael Emanuel</u>

3.  Paragraphs 3, 4, 5, 6, 7, 8, 9, 10: The statements contained in these paragraphs are hearsay. FRE 801(a) and (c); *Superior Fireplace Co. v Majestic Products Co.* (Fed Cir. 2001) 270 F3d 1358, 1365-1366; Web postings are "statements" subject to the hearsay rule. *United States v Jackson* (7th Cir. 2000) 208 F 3d 633, 637

4.  Exhibits A, B, C, D, E, F, G and H: The statements contained in these exhibits are hearsay. FRE 801(a) and (c); *Superior Fireplace Co. v Majestic Products Co.* (Fed Cir. 2001) 270 F3d 1358, 1365-1366; Web postings are "statements" subject to the hearsay rule. *United States v Jackson* (7th Cir. 2000) 208 F 3d 633, 637.

5.  Paragraph 12 and 13: Mr. Emanuel lacks personal knowledge of the statements contained therein. He cannot have personal knowledge of Kippys good faith belief or state of mind. FRE 104; *United States v Burnett* (DC Cir. 1989) 890 F2d 1233, 1240

6.  Paragraph 12 and 13: Mr. Emanuel lacks both the personal knowledge and requisite experience to give an opinion regarding Ms. Logue's actions. FRE 702; *Daubert v Merrell Dow Pharmaceuticals, Inc.* (1993) 509 US 579, 592

DATED: March 17, 2008          Respectfully submitted,

WRIGHT, ROBINSON, OSTHIMER & TATUM

By: /s/ Stuart E. Jones

Stuart E. Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766

sjones@wrightrobinson.com

Attorneys for Defendant
Kim Logue, an individual
doing business as About Attitude

---

OBJECTION TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

# CERTIFICATE OF FILING

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Joseph A. Yanny, Esq.
Raphael B. Emanuel, Esq.
Kim D. Ashley, Esq.
Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
Attorneys for Plaintiff Kippys, Inc.

By: /s/ Stuart E. Jones

Stuart Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com

---

OBJECTION TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION