Stuart E. Jones, (State Bar No 104566)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual doing business as About Attitude

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia; KIM LOGUE, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 08-CV-0397 H<br><br>**DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date:      March 24, 2008<br>Time:      10:00 a.m.<br>Dept:      13<br>Judge:    Marilyn L. Huff |

I Kim Logue declare:

1.      I am a resident of the Commonwealth of Virginia and I am the owner of About Attitude, a sole proprietorship. I am also the owner of the domain name AboutAttitude.com. I buy and sell women's fashion accessories such as jewelry, handbags, belts and other items. All of my products are bought either at trade shows or on-line. I sell all of my products online. I do not maintain a warehouse for my products. I rent a small one-room office where I maintain a limited stock or supply of certain products. I currently have only one rhinestone belt in my office.

2.      On December 19, 2007, I was contacted by Joyce Huang, who is a freelance author regarding an upcoming article entitled "I Really Love My…" in the March 2008 edition of

People Magazine. Ms. Huang sent me an E-mail and some attached photos or J-Peg images. One of the photos depicted Gretchen Wilson who was wearing a belt. Ms. Huang asked me if I could procure a belt like the one being worn by Gretchen Wilson. A copy of the E-mail from Ms. Huang is attached hereto, marked Exhibit 1.

3.      Shortly after I was contacted by Ms. Huang, I performed a search for products that looked like Gretchen Wilson's belt. I conducted a search on eBay's website and I found a belt that was similar to the belt that was depicted in the photo of Gretchen Wilson. A copy of the eBay web page that depicts the belt is attached hereto, marked Exhibit 2. A link to the eBay web page that depicts the belt is located at:

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=220204204967&ih=012&category=45214.

4.      Once I had located a source of belts for sale, I contacted Ms. Huang and told her that I had located a supplier of belts that were similar to the belt that was depicted in the photo of Gretchen Wilson. The belts that I located on eBay are not exact copies of the belt that was depicted in the photo of Gretchen Wilson. I forwarded a copy of the image that was depicted on eBay along with a link to my website http://www.aboutattitude.com to Ms. Huang.

5.      Ms. Huang and People Magazine did not pay me any sum of money for my efforts in connection with the March 2008 article in People Magazine that is depicted in Exhibit D of Plaintiff's Application for a TRO.

6.      I did not pay any sum of money to Ms. Huang or People Magazine in exchange for the placement of my firm's contact information in the March 2008 article in People Magazine that is depicted in Exhibit D of Plaintiff's Application for a TRO.

7.      I did not draft, prepare, review or approve any portion of the March 2008 article in People Magazine that is depicted in Exhibit D of Plaintiff's Application for a TRO.

8.      The March 2008 article in People Magazine that is depicted in Exhibit D of Plaintiff's Application for a TRO contains the text "Kippys Belt" and an arrow on the photo of Gretchen Wilson. I did not take the photograph of Ms. Wilson. I did not apply the text "Kippys Belt" to the photograph and I did not place the arrow on the photograph. I did not prepare, review or approve of the photographs of Ms. Wilson which are depicted in the March 2008

DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

article in People Magazine as shown in Exhibit D of Plaintiff's Application for a TRO

9.     I have never used the words "Kippys" or "Kippys Belt" in connection with any of my business activities.

10.     I have never used the trademark "Kippys" in connection with my business activities.

11.     I have never made a copy of 'Kippys Belt" which is the subject of this lawsuit.

12.     I have never asked anyone to make a copy of "Kippys Belt" which is the subject of this lawsuit.

13.     I have never sold any merchandise that was represented to be a product of Kippys, Inc.

14.     I have never sold any merchandise that was represented to be a copy of merchandise that is sold by Kippys, Inc.

15.     I have removed the rhinestone belt image and the cover page from the March 2008 edition of People Magazine from my website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED: March 17, 2008                    Respectfully submitted,

                                         By:  /s/ Kim Logue

                                         Kim Logue

---

DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**CERTIFICATE OF FILING**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with

the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to

the following CM/ECF Participants and served upon all counsel of record by placing a copy of

the same in the United States Mail, postage prepaid, and sent to their last known address as

follows:

Joseph A. Yanny, Esq.
Raphael B. Emanuel, Esq.
Kim D. Ashley, Esq.
Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
Attorneys for Plaintiff Kippys, Inc.

Respectfully submitted,

By: /s/ Stuart E. Jones

Stuart Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com

---

DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION