Stuart E. Jones, (State Bar No 104566)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual
doing business as About Attitude

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia; KIM LOGUE, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 08-CV-0397 H<br><br>EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Date:   March 24, 2008<br>Time:  10:00 a.m.<br>Dept:   13<br>Judge:  Marilyn L. Huff |

DATED: March 17, 2008                Respectfully submitted,

WRIGHT, ROBINSON, OSTHIMER & TATUM

By: /s/ Stuart E. Jones

Stuart E. Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com

EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION

# TABLE OF CONTENTS

Exhibit 1
E-mail from Joyce Huang, Dec 19, 2007. ...................................................................................1

Exhibit 2
E-bay Webpage Link ...................................................................................................................7

03/17/08 Case 3:08-cv-00397-H-AJB Document 9-4 Filed 03/17/2008 Page 3 of 15 @002
MON 10:09 FAX 1804 697 9163 Terry Logue

Page 1 of 1

### Kim Logue

**From:** Joyce Huang [joycehuang1126@gmail.com]
**Sent:** Wednesday, December 19, 2007 5:38 PM
**To:** kim@aboutattitude.com
**Subject:** People Magazine Sample request

Hi,

I hope that you are having a great day so far. Right now I am freelancing for People Magazine and am working on a fashion section for their Country Music Special, which hits stands on February 8th, for four weeks. We are doing get the looks for celeb superstars like Keith Urban, Carrie Underwood, Leann Rimes and more. Ideally all items are under $100, but if the item is very similar we can make exceptions, so please list all prices. Also, please send me Jpegs first if possible before sending.

We need to get in knit caps like the one Keith Urban is wearing in the attached picture.
Also, a belt like Gretchen Wilson's.

I need to get everything in by Thursday January 3rd if possible. I know it's a little early to be sending out this request, but with all the holidays coming up I just want to make sure that I don't miss you in case you are out of the office or offices are closed. The earlier I can get in items the better, so if you prefer to send items in earlier, please do and let me know when to send a messenger, or you can use our Fed Ex account: 2050-2672-0. Just a reminder, items for this should not be sent to my home, but to me at People Magazine. The shipping address is

People Magazine
Attn: Joyce Huang
1271 6th ave. Rm. 29-317C
New York, NY 10020

Please include the credit info to speed along the process because of the holidays. Needed info for this is
Brand Name (as you want it to appear):
Price:
Description:
Where to buy (can list website, but if listing a store please include a phone number):

Thanks for your help with this and I hope that you will be able to send the asked for products.

--
Joyce Huang
Freelance Market and Fashion Editor
JoyceHuang1126@gmail.com
19-21 E. 109th str. #55
New York, NY 10029

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KIPPYS, Inc. a California Corporation

**DEFENDANTS**
ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114, KIM LOGUE, an

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Chesterfield County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Joseph A. Yanny, Yanny & Smith, 1801 Century Park East, 23rd Floor, Los Angeles, CA 90067

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
USC secs 1114, 1116, 1117, 1125, USC secs 101 et seq and 501 through 505

Brief description of cause:
Complaint for federal trademark infringement (Lanham Act); federal trademark dilution; copyright infringement;

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/03/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation<br><br>vs<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual; and DOES 1 through 50 inclusive | SUMMONS IN A CIVIL ACTION<br>Case No. |

TO: (Name and Address of Defendant)

About Attitude
13817 Village Mill Drive, Suite 200
Midlothian, VA 23114

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph A. Yanny / Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, CA 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

| By | , Deputy Clerk |
|---|---|

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me: | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
Date

Signature of Server _____

Address of Server _____

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\144431\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

KIPPYS, INC., a California Corporation

vs

ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual; and DOES 1 through 50 inclusive.

SUMMONS IN A CIVIL ACTION

Case No.

TO: (Name and Address of Defendant)

Kim Logue
13817 Village Mill Drive, Suite 200
Midlothian, VA 23114

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph A. Yanny / Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, CA 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
           Date            Signature of Server

                          Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



Sign in or register

| Search | Advanced Search | Buy | Sell | My eBay | Community | Help |

Site Map

Categories ▼    Motors    Express    Stores

eBay Security & Resolution Center

⬅ Back to home page    Listed in category:    Clothing, Shoes & Accessories > Women's Accessories, Handbags > Belts > Leather

# BLACK WESTERN CRYSTAL RHINESTONE BELT BUCKLE WOMENS XL

Item number: 220204204967

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay

**Meet the seller**

Seller: priceba

*Buy It Now* price: **US $42.88**    Buy It Now >

Feedback: **99.9%**
Member: since N, United

Shipping costs: **US $9.99** (discount available)
US Postal Service Priority Mail® Service to United States
(more services)

- See detailed fe
- Ask seller a qu
- Add to Favorite
- View seller's ot Store | List
- Visit seller's St
  🛒 Super Deals

Ships to: United States, Europe, Canada, Australia

Item location: Brand Name 4 Less, CA, United States

Quantity: 1 available

History: Purchases

**Buy safely**

1. Check the sell Score: 11618 | See detailed fe

View larger picture

You can also: [ Watch This Item ]

Get mobile or IM alerts | Email to a friend

2. Check how yo

**PayPal** Up
buy
See

**Listing and payment details:** Hide

Payment methods: **PayPal** (preferred),
Personal check,
Money order/Cashiers check
See details

## Description (revised)

*Item Specifics - Item Condition*
Condition:    **New: Without Tags**

### Super Deals Just 4 You

**Visit my eBay Store:** **Super Deals Just 4 You**

Perfume | Fur Poncho/Coat/Shawl

## This is a belt that will make your frien(

## Perfect Holiday Gift!



You are bidding on a Black Rhinestone Leather Studded Belt.

This is the kind of belts worn by many celebrities. It sells for at least $250 in Hollyw

BELT is Made of genuine leather. One row of clear rhinestones with two rows of sm two rows of silver tone studs. The rhinestones stick out and are lined with silver.

BUCKLE is filled with small rhinestones. This was made very intricately with great c

BELT END is also filled with sparkling rhinestones and has a unique v-shape.

Condition: never been worn.

Color: Black with silver stubs and clear rhinestones
Size: XL
Width: 1.5"
Total Length: 50"
Length from the beginning of the buckle to the first hole: 41"
Length from the beginning of the buckle to the last hole: 45"
Material: Genuine Leather + rhinestones + silver

Please email me if you have any question or need a different color or size. Thanks!

---



00051
What's your Credit Score? 720? 650? Find Out From Expe:

**Save on shipping** This seller offers shipping discounts on combined purchases.







New Black Rabbit Fur PONCHO SHAWL Shrug Cape Coat

New Pink Rabbit Fur PONCHO SHAWL Shrug Cape Coat

~New Lilac Rabbit Fur PO SHAWL WRAP CAPELET

=BuyItNow   US $69.99

=BuyItNow   US $69.99

=BuyItNow   US $54.!


Visit seller's Store

## Shipping and handling

$4.00 shipping for each additional eligible item you buy from pricebargain!

**Ships to**
United States, Europe, Canada, Australia

Country: United States      [ Update ]

| Shipping and Handling | Each Additional Item | To | Service | Insurance |
|---|---|---|---|---|
| US $9.99 | + $4.00 | United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* | US $1.85 Optional |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Domestic handling time**
Will usually ship within 1 business day of receiving cleared payment.

**Sales tax**

Seller charges sales tax for items shipped to: CA (7.750%).

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

**Payment details**

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal VISA DISCOVER BANK | Seller Preferred | PayPal Up to $2,000 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
We accept personal check, paypal, Cashiers check or money order only. If you pay personal check, the item will be held until bank verification of fund transfer. Item will be shipped when payment is received.

**Take action on this item**                                                                 Help

Item title: BLACK WESTERN CRYSTAL RHINESTONE BELT BUCKLE WOMENS XL

**Buy It Now**

=Buy It Now price: US $42.88

    Buy It Now >    You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

**Other options**

(←) Back to home page  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

# CERTIFICATE OF FILING

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Joseph A. Yanny, Esq.
Raphael B. Emanuel, Esq.
Kim D. Ashley, Esq.
Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
Attorneys for Plaintiff Kippys, Inc.

                                        Respectfully submitted,

                                        By:  /s/ Stuart E. Jones

                                        Stuart Jones
                                        *Wright, Robinson, Osthimer & Tatum*
                                        44 Montgomery St., 18th Floor
                                        San Francisco, CA  94104
                                        (415) 391-7111, Fax (415) 391-8766
                                        sjones@wrightrobinson.com