1  JOSEPH A. YANNY, SBN. 97979
   RAPHAEL B. EMANUEL, SBN 218755
2  KIM D. ASHLEY, SBN 253160
   YANNY & SMITH
3  1801 Century Park East, 23rd Floor
   Los Angeles, California  90067
4  Telephone: (310) 551-2966

5  Attorneys for Plaintiff Kippys, Inc.

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  KIPPYS, INC., a California Corporation,    )    NO.: 08 CV 0397H
                                               )
12              Plaintiff,                      )
                                               )
13         v.                                   )    EXHIBITS IN SUPPORT OF PLAINTIFF'S
                                               )    REPLY BRIEF TO DEFENDANT'S
14  ABOUT ATTITUDE, an entity of unknown )    MEMORANDUM  IN  OPPOSITION  TO
    form, 13817 Village Mill Drive, Suite 200, )    PLAINTIFF'S   MOTION   FOR   A
15  Midlothian, Virginia 23114; KIM LOGUE, )    TEMPORARY RESTRAINING ORDER AND
    an individual, and DOES 1 through 50, )    INJUNCTION
16  inclusive,                                 )
                                               )
17              Defendants.                     )
                                               )
18  _____ )

19                              Respectfully submitted by,

20                              YANNY & SMITH

21

22  Dated: March 20, 2008          By: /s/ Joseph A. Yanny_____

23                                 Joseph A. Yanny

24

25

26

27

28

             EXHIBITS IN SUPPORT OF PLAINTIFF'S REPLY BRIEF

*TABLE OF CONTENTS*

*Page*

Exhibit I
    Sampling of Products Available at www.aboutattitude.com...........................1

Budget Belts



home | about us | contact us | shopping bag | search:

Home > Belts > Budget Belts

## Budget Belts

**What's New**
**As Seen In**
**Handbags**
**Cosmetic Bags**
**Belts**
**Jewelry**
**Laptop Bags**
**Pet Carriers**
**Travel**


**Crystal Flower Rhinestone Belt Black**
$34.00


**Crystal Flower Rhinestone Belt White**
$34.00


**Pucci Inspired Scarf Belt Amber**
Regular : $42.00
Sale : $5.00


**Hot Mama Belt Black**
$29.00


SEND

**Retro Suede Belt**
Regular : $18.00
Sale : $8.00


**Rhinestone Buckle Belt**
$38.00


**Sequin Sash**
Regular : $22.00
Sale : $5.00


**Leather Weave Belt**
$18.00

**Newsletter Sign Up**
receive exclusive offers and important updates

enter email address
SIGN UP


**Glamour Girl Belt**
$29.00

home | returns | shipping | policies | site map | disclaimer | shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved.

EXHIBIT I
-1-



home    about us    contact us    shopping bag    search:

home > Belts > Leatherock

What's New
As Seen In
Handbags
Cosmetic Bags
Belts
Jewelry
Laptop Bags
Pet Carriers
Travel

## Leatherock



**Leatherock Broach Buckle Belt**
Regular : $109.00
Sale : $79.00



**Leatherock Coral Stone Belt**
Regular : $249.00
Sale : $159.00



**Leatherock Amber Studded Belt**
Regular : $219.00
Sale : $149.00

SEND

**Newsletter Sign Up**
receive exclusive offers and
important updates
enter email address

SIGN UP

home    returns    shipping    policies    site map    disclaimer    shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved.

EXHIBIT I
-2-



home     about us     contact us     shopping bag     search:


Home > Belts > Treesje

## Treesje

What's New
As Seen In
Handbags
Cosmetic Bags
Belts
Jewelry
Laptop Bags
Pet Carriers
Travel







**Treesje Beaded Belt**
Regular : $118.00
Sale : $59.00

SEND

### Newsletter Sign Up
receive exclusive offers and
important updates

enter email address

SIGN UP

home     returns     shipping     policies     site map     disclaimer     shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved.

EXHIBIT I
-3-

Buckles





home | about us    contact us    shopping bag    search:

home > bags > Buckles

## Buckles





**What's New**
As Seen In
Handbags
Cosmetic Bags
Belts
Jewelry
Laptop Bags
Pet Carriers
Travel

**Skull Bottle Opener**
$20.00

**Pirate Light Buckle**
$25.00

**You Bitch Black**
$22.00

**Tattoo Flash**
$22.00



SEND

**Belt Strap Black**
$10.00

**Belt Strap White**
$10.00

**Newsletter Sign Up**
receive exclusive offers and
important updates
enter email address
SIGN UP

home    returns    shipping    policies    site map    disclaimer    shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved

EXHIBIT I
-4-



home    about us    contact us    shopping bag    search:

hpme > Handbags

## Handbags

What's New
As Seen In
Handbags
Cosmetic Bags
Belts
Jewelry
Laptop Bags
Pet Carriers
Travel

SEND

Newsletter Sign Up
receive exclusive offers and
important updates
enter email address
SIGN UP



Angry Little Girls    Betsey Johnson    Budget Bags    Candice

CBGB    Elite Models    Kafi D    Lazaro

Leatherock    Loop NYC    Mae & J    Melie Bianco

Michelle Frantz    Olivia O    Tano    Treesje

Urban Expressions    Vieta

EXHIBIT I
-5-

Jewelry



home  |  about us    contact us    shopping bag    search: [          ]    go

Home > Jewelry

## Jewelry

What's New
As Seen In
Handbags
Cosmetic Bags
Belts
Jewelry
Laptop Bags
Pet Carriers
Travel



**Rings**



**Bracelets**



**Sha Accessories**



**Necklaces**



**Sneak A Peek Watch**

[ SEND ]

**Newsletter Sign Up**
receive exclusive offers and
important updates

[enter email address]

[ SIGN UP ]

home    returns    shipping    policies    site map    disclaimer  |  shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved

EXHIBIT I
-6-



home | about us | contact us | shopping bag | search:

home > laptop bags > Melissa Beth Designs

## Melissa Beth Designs

**What's New**
**As Seen In**
**Handbags**
**Cosmetic Bags**
**Belts**
**Jewelry**
**Laptop Bags**
**Pet Carriers**
**Travel**



Melissa Beth
Designs-Pocket Full of
Puter Laptop Tote

$198.00



Melissa Beth Designs-Get
Off My Case Laptop Tote

$175.00



Melissa Beth
Designs-Sweet Seventeen

$210.00



Melissa Beth
Designs-Tweedy Pie Tote

Regular : $249.00
Sale : $99.00

SEND



Melissa Beth Designs-A
Funktional Compartment

$42.00

Melissa Beth
Designs-Velour Funktional
Compartment

$48.00

Melissa Beth Designs-Luxe
Funktional Compartment

$48.00

**Newsletter Sign Up**
receive exclusive offers and
important updates

enter email address

SIGN UP

home | returns | shipping | policies | site map | disclaimer | shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved

EXHIBIT I
- 7 -

Nick & Nora

http://www.aboutattitude.com/cosmeticbags-nick---nora.html



home    about us    contact us    shopping bag    search: [        ] go

Home > Cosmetic Bags > Nick & Nora

**What's New**
**As Seen In**
**Handbags**
**Cosmetic Bags**
**Belts**
**Jewelry**
**Laptop Bags**
**Pet Carriers**
**Travel**

## Nick & Nora



Nick & Nora 2 pc set Queen
of Hearts

**$17.00**



Nick & Nora 2 pc set
Bottoms Up

**$17.00**



Nick & Nora Satchel New
York

**$22.00**



Nick & Nora Beauty Case
Set Bottoms Up

**$28.00**



Nick & Nora Beauty Case
Set Cocktails

**$28.00**



Nick & Nora Satchel Set
Peek A Boo

**$28.00**



Nick & Nora Satchel Set
Cocktails

**$28.00**

[ SEND ]

**Newsletter Sign Up**
receive exclusive offers and
important updates

[enter email address]

[ SIGN UP ]

home    returns    shipping    policies    site map    disclaimer    shopping bag

website by solidcactus.com

copyright © 2004-2008 aboutattitude.com all rights reserved

EXHIBIT I
—8—

## CERTIFICATE OF FILING

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send a notification of electronic

filing to the following CM/ECF Participants and served upon all counsel of record by

placing a copy of the same in the United States Mail, postage prepaid, and sent to their

last known address as follows:


Stuart Jones
Wright, Robinson, Osthimer & Tatum
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com

By: /s/ Joseph A. Yanny

Joseph A. Yanny
YANNY & SMITH