```
JOSEPH A. YANNY, ESQ., SBN 97979
RAPHAEL B. EMANUEL, ESQ., SBN 218755
KIM D. ASHLEY, ESQ., SBN 253160
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
```

Attorneys for Plaintiff Kippys, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation, | **NO.: 08-CV-0397 H** |
| Plaintiff, | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | Date: March 24, 2008<br>Time: 10:00 a.m.<br>Dept: 13<br>Judge: Marilyn L. Huff |

Plaintiff opposes Defendant Kim Logue's objections to the evidence submitted in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction on each of the following grounds:

<u>Declaration of Robert "Bob" Kipperman</u>

1. Defendants' objection is unfounded. The statements made in paragraphs 16, 17,

18, 19, 20, 21, 22 and 23 are made with Mr. Kipperman's personal knowledge. Defendants have merely set forth a blanket objection with no specificity and have not presented any information to the contrary.

2.  Defendants' objection is unfounded. The statements made in paragraphs 20, 21, 22, 23, 12 and 13 are made with Mr. Kipperman's personal knowledge unless otherwise specifically stated. Defendants have merely set forth a blanket objection with no specificity and have not presented any information to the contrary.

### Declaration of Raphael Emanuel

3.  Defendants' objection is unfounded. The primary purposes of Paragraphs 3, 4, 5, 6, 7, 8, 9 and 10 are to authenticate Plaintiff's evidence and state facts within the personal knowledge of Plaintiff's counsel. Further, Due to the emergency nature of preliminary injunctive relief, the trial court has discretion to consider hearsay evidence. Hearsay is admissible in this instance. See, Flint Distrib. Co., Inc. v. Harvey 734 F.2d 1389, 1394 (9th Cir. 1984).

4.  Defendants' objection is unfounded. Defendants' use of the cases is incorrect. Further, Due to the emergency nature of preliminary injunctive relief, the trial court has discretion to consider hearsay evidence. Hearsay is admissible in this instance. See, Flint Distrib. Co., Inc. v. Harvey 734 F.2d 1389, 1394 (9th Cir. 1984). Furthermore, website content is considered an admission of a party.

5.  Defendants' objection is unfounded. Further, it calls into question communications protected by the attorney client privilege. The declarant has personal knowledge of the statements contained in the declaration unless specifically stated otherwise.

6. Defendants' objection is unfounded. Further, it calls into question communications protected by the attorney client privilege. The declarant has personal knowledge of the statements contained in the declaration unless specifically stated otherwise. The statement contained in the declaration does not speak to Ms. Logue's actions as stated in the objection.

DATED: March 20, 2008                    Respectfully submitted by,

                                         YANNY & SMITH

                                         By: /s/ Joseph A. Yanny
                                         Joseph A. Yanny
                                         Attorneys for Plaintiff
                                         Email: mail@yannylaw.com

**CERTIFICATE OF FILING**

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Stuart Jones
Wright, Robinson, Osthimer & Tatum
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com

By: /s/ Joseph A. Yanny
Joseph A. Yanny
YANNY & SMITH