JOSEPH A. YANNY, ESQ., SBN 97979
RAPHAEL B. EMANUEL, ESQ., SBN 218755
KIM D. ASHLEY, ESQ., SBN 253160
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949

Attorneys for Plaintiff Kippys, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| KIPPYS, INC., a California Corporation, | NO.: 08-CV-0397 H |
|---|---|
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual, and DOES 1 through 50, inclusive, | Date:  March 24, 2008<br>Time:  10:00 a.m.<br>Dept:  13<br>Judge:  Marilyn L. Huff |
| Defendants. | |

Plaintiff objects to the evidence submitted in support of the opposition to plaintiff's motion for a temporary restraining order and preliminary injunction on the following grounds:

<u>Declaration of Kim Logue</u>

1. Objection to paragraph 1: the phrase "all of my products are bought at either at trade shows or on line" is vague and ambiguous.

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S OBJECTIONS**
1

     2. Objection to paragraphs 2, 10, 14: declarant lacks personal knowledge of the statements therein.

     3. Objection to paragraphs 2, 3, 4, 8 and 15: these paragraphs contain hearsay.

     4. Objections to paragraphs 4 and 8: calls for a legal conclusion and/ or expert conclusion.

     5. Objection: the declaration requires a signature of a non-registered signatory and does not contain the required scanned signature under the Electronic Case Filing Administrative Policies and Procedures Manual, sec. 2f. Therefore, the declaration is entirely inadmissible and must be struck.

<u>Exhibit 1 (Email from Joyce Huang)</u>

     5. Objection: hearsay; not properly authenticated.

<u>Exhibit 2 (eBay web page)</u>

     6. Objection: hearsay; not properly authenticated.

DATED: March 20, 2008            Respectfully submitted by,

                                            YANNY & SMITH

                                            By: <u>/s/ Joseph A. Yanny</u>
                                            Joseph A. Yanny
                                            Attorneys for Plaintiff

                                            Email: mail@yannylaw.com

**CERTIFICATE OF FILING**

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Stuart Jones
Wright, Robinson, Osthimer & Tatum
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com

March 20, 2008

By: /s/ Joseph A. Yanny
Joseph A. Yanny
YANNY & SMITH