Stuart E. Jones, (State Bar No 104566)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual doing business as About Attitude

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia; KIM LOGUE, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.:'09 CV 0397 H<br><br>**DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date:      March 24, 2008<br>Time:     10:00 a.m.<br>Dept:      13<br>Judge:    Marilyn L. Huff |

I Kim Logue declare:

1.    I am a resident of the Commonwealth of Virginia and I am the owner of About Attitude, a sole proprietorship. I am also the owner of the domain name AboutAttitude.com. I buy and sell women's fashion accessories such as jewelry, handbags, belts and other items. All of my products are bought and sold online and I do not maintain a warehouse or a stock of inventory. All products are purchased after I receive an order from my customers.

2.    On December 19, 2007, I was contacted by Joyce Huang, who is a freelance author regarding an upcoming article entitled "I Really Love My…" in the March 2008 edition of People Magazine. Ms. Huang sent me an E-mail and some attached photos or J-Peg images. One of the photos depicted Gretchen Wilson who was wearing a belt. Ms. Huang asked me if I could

1  procure a belt like the one being worn by Gretchen Wilson. A copy of the E-mail from Ms.

2  Huang is attached hereto, marked Exhibit 1.

3       3.      Shortly after I was contacted by Ms. Huang, I performed a search for products that

4  looked like Gretchen Wilson's belt. I conducted a search on eBay's website and I found a belt

5  that was similar to the belt that was depicted in the photo of Gretchen Wilson. A copy of the

6  eBay web page that depicts the belt is attached hereto, marked Exhibit 2. A link to the eBay web

7  page that depicts the belt is located at:

8  http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=220204204967&ih=012&category=45214.

9       4.      Once I had located a source of belts for sale, I contacted Ms. Huang and told her

10  that I had located a supplier of belts that were similar to the belt that was depicted in the photo of

11  Gretchen Wilson. The belts that I located on eBay are not exact copies of the belt that was

12  depicted in the photo of Gretchen Wilson. I forwarded a copy of the image that was depicted on

13  eBay along with a link to my website http://www.aboutattitude.com to Ms. Huang.

14       5.      Ms. Huang and People Magazine did not pay me any sum of money for my efforts

15  in connection with the March 2008 article in People Magazine that is depicted in Exhibit D of

16  Plaintiff's Application for a TRO.

17       6.      I did not pay any sum of money to Ms. Huang or People Magazine in exchange

18  for the placement of my firm's contact information in the March 2008 article in People Magazine

19  that is depicted in Exhibit D of Plaintiff's Application for a TRO.

20       7.      I did not draft, prepare, review or approve any portion of the March 2008 article in

21  People Magazine that is depicted in Exhibit D of Plaintiff's Application for a TRO.

22       8.      The March 2008 article in People Magazine that is depicted in Exhibit D of

23  Plaintiff's Application for a TRO contains the text "Kippys Belt" and an arrow on the photo of

24  Gretchen Wilson. I did not take the photograph of Ms. Wilson. I did not apply the text "Kippys

25  Belt" to the photograph and I did not place the arrow on the photograph. I did not prepare,

26  review or approve of the photographs of Ms. Wilson which are depicted in the March 2008

27  article in People Magazine as shown in Exhibit D of Plaintiff's Application for a TRO

28       9.      I have never used the words "Kippys" or "Kippys Belt" in connection with any of

DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION
U.S.D.C Case No. Civ. '09 CV 0397 H

1  my business activities.

2       10.    I have never used the trademark "Kippys" in connection with my business

3  activities.

4       11.    I have never made a copy of 'Kippys Belt" which is the subject of this lawsuit.

5       12.    I have never asked anyone to make a copy of "Kippys Belt" which is the subject

6  of this lawsuit.

7       13.    I have never sold any merchandise that was represented to be a product of Kippys,

8  Inc.

9       14.    I have never sold any merchandise that was represented to be a copy of

10  merchandise that is sold by Kippys, Inc.

11       15.    I have removed the rhinestone belt image and the cover page from the March 2008

12  edition of People Magazine from my website.

13       I declare under penalty of perjury under the laws of the United States of America that the

14  foregoing is true and correct.

15

16  Dated: March ___, 2008          _____

                                                   Kim Logue

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KIM LOGUE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION
U.S.D.C Case No. Civ. '09 CV 0397 H

# Exhibit 1

## Kim Logue

| | |
|---|---|
| **From:** | Joyce Huang [joycchuang1126@gmail.com] |
| **Sent:** | Wednesday, December 19, 2007 5:38 PM |
| **To:** | kim@aboutattitude.com |
| **Subject:** | People Magazine Sample request |

Hi,

I hope that you are having a great day so far. Right now I am freelancing for People Magazine and am working on a fashion section for their Country Music Special, which hits stands on February 8th, for four weeks. We are doing get the looks for celeb superstars like Keith Urban, Carrie Underwood, Leann Rimes and more. Ideally all items are under $100, but if the item is very similar we can make exceptions, so please list all prices. Also, please send me Jpegs first if possible before sending.

We need to get in knit caps like the one Keith Urban is wearing in the attached picture.
Also, a belt like Gretchen Wilson's.

I need to get everything in by Thursday January 3rd if possible. I know it's a little early to be sending out this request, but with all the holidays coming up I just want to make sure that I don't miss you in case you are out of the office or offices are closed. The earlier I can get in items the better, so if you prefer to send items in earlier, please do and let me know when to send a messenger, or you can use our Fed Ex account: 2050-2672-0. Just a reminder, items for this should not be sent to my home, but to me at People Magazine. The shipping address is

People Magazine
Attn: Joyce Huang
1271 6th ave. Rm. 29-317C
New York, NY 10020

Please include the credit info to speed along the process because of the holidays. Needed info for this is
Brand Name (as you want it to appear):
Price:
Description:
Where to buy (can list website, but if listing a store please include a phone number):

Thanks for your help with this and I hope that you will be able to send the asked for products.

Joyce Huang
Freelance Market and Fashion Editor
JoyceHuang1126@gmail.com
19-21 E. 109th str. #55
New York, NY 10029

3/17/2008

℺JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KIPPYS, Inc. a California Corporation

**DEFENDANTS**
ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114, KIM LOGUE, an

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Chesterfield County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joseph A. Yanny, Yanny & Smith, 1801 Century Park East, 23rd Floor, Los Angeles, CA 90067

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Med. Malpractice | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 365 Personal Injury - |    of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☑ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |    Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability |    Liability | ☐ 660 Occupational | ☑ 840 Trademark | ☐ 480 Consumer Credit |
|    Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** |    Safety/Health | | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |    Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) |    Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle |    Property Damage |    Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |    Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI |    12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal |    Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |    Injury | |    & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation |    or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |    Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ |    **Habeas Corpus:** |    Security Act |    26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |    Accommodations | ☐ 530 General | | |    Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | |    Under Equal Access |
| |    Employment | ☐ 550 Civil Rights | | |    to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| |    Other | | | |    State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
USC secs 1114, 1116, 1117, 1125, USC secs 101 et seq and 501 through 505
Brief description of cause:
Complaint for federal trademark infringement (Lanham Act); federal trademark dilution; copyright infringement;

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE          DOCKET NUMBER

DATE
03/03/2008

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

KIPP.YS, INC., a California
Corporation

vs

ABOUT ATTITUDE, an entity of
unknown form, 13817 Village Mill
Drive, Suite 200, Midlothian, Virginia
23114; KIM LOGUE, an individual;
and DOES 1 through 50 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

TO: (Name and Address of Defendant)

About Attitude
13817 Village Mill Drive, Suite 200
Midlothian, VA 23114

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph A. Yanny / Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, CA 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | |
| NAME OF SERVER | TITLE | |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant. Place where served: | |

|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |

Name of person with whom the summons and complaint were left: _____

|   | Return unexecuted: |

|   | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

_____          _____
Date                              Signature of Server

_____
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KIPPYS, INC., a California
Corporation

vs

ABOUT ATTITUDE, an entity of
unknown form, 13817 Village Mill
Drive, Suite 200, Midlothian, Virginia
23114; KIM LOGUE, an individual;
and DOES 1 through 50 inclusive.

**SUMMONS IN A CIVIL ACTION**

Case No.

TO: (Name and Address of Defendant)

Kim Logue
13817 Village Mill Drive, Suite 200
Midlothian, VA 23114

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph A. Yanny / Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, CA 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
_____                      _____
CLERK                                         DATE

_____
By                    , Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

      Name of person with whom the summons and complaint were left: _____

☐   Return unexecuted:

☐   Other (specify):

---

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____

       Date        Signature of Server

            Address of Server

---

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# Exhibit 2



| | Search | Advanced Search | **Buy** | **Sell** | **My eBay** | **Community** | **Help** |

Sign in or register                                                    Site Map

**Categories ▼**  **Motors**  **Express**  **Stores**                eBay Security & Resolution Center

Back to home page          Listed in        Clothing, Shoes & Accessories > Women's Accessories, Handbags >
                           category:        Belts > Leather

# BLACK WESTERN CRYSTAL RHINESTONE BELT BUCKLE WOMENS XL

Item number: 220204204967

**Buyer or seller of this item?** Sign in for your status

**Watch this item** in My eBay



View larger picture

**Meet the seller**

Seller:  priceba...

Feedback: 99.9%

Member:  since N
         United

*Buy It Now* price: **US $42.88**    Buy It Now >

Shipping costs: **US $9.99** (discount available)
                US Postal Service Priority Mail®
                Service to United States
                (more services)

Ships to:       United States, Europe, Canada,
                Australia

Item location:  Brand Name 4 Less, CA, United
                States

Quantity:       1 available

History:        Purchases

You can also:   [ Watch This Item ]

                Get mobile or IM alerts | Email to a
                friend

- See detailed fe
- Ask seller a qu
- Add to Favorite
- View seller's ot
  Store | List
- Visit seller's Sto
  Super Deals

**Buy safely**

1. **Check the sell
   Score: 11618 |
   See detailed fe

2. **Check how yo

   **PayPal** Up
   buy
   See

**Listing and payment details:**  Hide

Payment methods:  **PayPal** (preferred),
                  Personal check,
                  Money order/Cashiers
                  check
                  See details

# Description  (revised)

*Item Specifics - Item Condition*
Condition:      **New: Without Tags**

## Super Deals Just 4 You

Case 3:08-cv-00397-H-AJB    Document 11    Filed 03/20/2008    Page 13 of 17

**Visit my eBay Store:** 📵 **Super Deals Just 4 You**

Perfume | Fur Poncho/Coat/Shawl

# This is a belt that will make your frien

## Perfect Holiday Gift!



You are bidding on a Black Rhinestone Leather Studded Belt.

This is the kind of belts worn by many celebrities. It sells for at least $250 in Hollyw

BELT is Made of genuine leather. One row of clear rhinestones with two rows of sm
two rows of silver tone studs. The rhinestones stick out and are lined with silver.

BUCKLE is filled with small rhinestones. This was made very intricately with great c

BELT END is also filled with sparkling rhinestones and has a unique v-shape.

Condition: never been worn.

Color: Black with silver stubs and clear rhinestones
Size: XL
Width: 1.5"
Total Length: 50"
Length from the beginning of the buckle to the first hole: 41"
Length from the beginning of the buckle to the last hole: 45"
Material: Genuine Leather + rhinestones + silver

Please email me if you have any question or need a different color or size. Thanks!



00051

What's your Credit Score? 720? 650? Find Out From Expe

**Save on shipping**  This seller offers shipping discounts on combined purchases.







New Black Rabbit Fur PONCHO
SHAWL Shrug Cape Coat

New Pink Rabbit Fur PONCHO
SHAWL Shrug Cape Coat

~New Lilac Rabbit Fur PO
SHAWL WRAP CAPELET

*Buy It Now*  **US $69.99**

*Buy It Now*  **US $69.99**

*Buy It Now*  **US $54.9**

 Visit seller's Store

## Shipping and handling

**$4.00 shipping** for each additional eligible item you buy from pricebargain!

**Ships to**
United States, Europe, Canada, Australia

Country:  United States          Update

| Shipping and Handling | Each Additional Item | To | Service | Insurance |
|---|---|---|---|---|
| US $9.99 | + $4.00 | United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* | US $1.85 Optional |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Domestic handling time**
Will usually ship within 1 business day of receiving cleared payment.

**Sales tax**

Seller charges sales tax for items shipped to: CA (7.750%).

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| **PayPal** MasterCard VISA DISCOVER BANK | Seller Preferred | **PayPal** Up to $2,000 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
We accept personal check, paypal, Cashiers check or money order only. If you pay personal check, the item will be held until bank verification of fund transfer. Item will be shipped when payment is received.

## Take action on this item                                                    Help

Item title: **BLACK WESTERN CRYSTAL RHINESTONE BELT BUCKLE WOMENS XL**

**Buy It Now**

≡BuyItNow price:**US $42.88**

**Buy It Now >**      You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

Back to home page  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time