Stuart E. Jones, (State Bar No 104566)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual doing business as About Attitude

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation, | Case No.: 08-CV-0397 H |
| Plaintiff, | **Certificate of Filing** |
| v. | Date: March 24, 2008 |
| ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia; KIM LOGUE, an individual, and DOES 1 through 50, inclusive, | Time: 10:00 a.m.<br>Dept: 13<br>Judge: Marilyn L. Huff |
| Defendant. | |

**CERTIFICATE OF FILING**

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants as follows:

Joseph A. Yanny, Esq.
Raphael B. Emanuel, Esq.
Kim D. Ashley, Esq.
Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
Attorneys for Plaintiff Kippys, Inc.

                                                Respectfully submitted,

                                                By:  /s/ Stuart E. Jones

Stuart Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA  94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com