JOSEPH A. YANNY, ESQ., SBN 97979
RAPHAEL B. EMANUEL, ESQ., SBN 218755
KIM D. ASHLEY, ESQ., SBN 253160
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949

Attorneys for Plaintiff Kippys, Inc.

STUART E. JONES, SBN 104566
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual,
doing business as About Attitude

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation,<br><br>                    Plaintiff,<br>v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | NO.: 08-CV-0397 H<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date:  May 28, 2008<br>Time: 1:30 p.m.<br>Dept:  A<br>Judge: Anthony J. Battaglia |

The parties, through their respective counsel, move for leave of Court to extend

the deadline for conducting an Early Neutral Evaluation ("ENE") Conference. The

parties are currently scheduled for an ENE session on May 28, 2008. However, on May 9, 2008, while attempting to conduct a meet and confer, the parties discovered that the Court's Order Setting Early Neutral Evaluation Conference Briefing Schedule and Other Requirements Under Local Rules ("Order") pertains to patent cases. However, the case at hand is a trademark and copyright case. As the Order sets forth the matters to be discussed during the meet and confer, the parties were unable to complete this and subsequent requirements.

    The parties immediately held a telephonic conference with the clerk of the Court and were told that a new Order would be issued with revised dates upon joint motion of the parties. The parties, having agreed upon the dates of June 11, 2008 for the ENE and May 28, 2008 for the settlement brief deadline now respectfully request that the Court grant this motion to extend the deadline.

DATED: May 13, 2008                         Respectfully submitted by,

YANNY & SMITH

By: /s/ Joseph A. Yanny
Joseph A. Yanny
Attorneys for Plaintiff, Kippys, Inc.
Email: mail@yannylaw.com

WRIGHT, ROBINSON, OSTHIMER & TATUM

By: /s/ Stuart E. Jones

Stuart E. Jones
Attorneys for Defendant
Email: sjones@wrightrobinson.com