cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ABOUT ATTITUDE, an entity of unknown )<br>form, 13817 Vilage Mill Drive, Suite 200, )<br>Midlothian, Virginia 23114; KIM LOGUE, an )<br>individual and DOES 1 through 50, inclusive, )<br>)<br>Defendants. )<br>) | Civil No.08cv0397 H (AJB)<br><br>ORDER GRANTING JOINT MOTION TO<br>CONTINUE EARLY NEUTRAL<br>EVALUATION CONFERENCE |

The Court having considered the parties' Joint Motion to Continue Early Neutral Evaluation Conference, and good cause being shown that this is a proper case for granting such motion.

THEREFORE, IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference is continued from May 28, 2008 to ***June 9, 2008 at 1:30 p.m.*** Plaintiff's brief is now due to be lodged and served on or before *May 27, 2008*. Defendant's brief is now due to be lodged and served on or before *June 2, 2008*. All other requirements as set forth in this Court's Order Setting Early Neutral Evaluation

//
//
//
//
//

Conference with regard to counsels' requirements under the Patent Local Rules is hereby waived.

    IT IS SO ORDERED.

DATED: May 14, 2008

*/s/ Battaglia*

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court