Stuart E. Jones, (State Bar No 104566)
WRIGHT ROBINSON OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual
doing business as About Attitude

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California Corporation, | Case No.:08-CV-0397 H |
| Plaintiff, | NOTICE OF CHANGE OF FIRM NAME |
| v. | |
| ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia; KIM LOGUE, an individual, and DOES 1 through 50, inclusive, | |
| Defendant. | |

Effective June 1, 2008, Wright, Robinson, Osthimer & Tatum will change its name to

LeClairRyan, LLP.  Our address, telephone number and facsimile number will remain the same.

DATED: June 2, 2008                    Respectfully submitted,

WRIGHT, ROBINSON, OSTHIMER & TATUM

By:  /s/ Stuart E. Jones

Stuart E. Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA  94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com
Attorneys for Defendant
Kim Logue, an individual
doing business as About Attitude

**CERTIFICATE OF FILING**

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

Joseph A. Yanny, Esq.
Raphael B. Emanuel, Esq.
Kim D. Ashley, Esq.
Yanny & Smith
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
Attorneys for Plaintiff Kippys, Inc.

By: /s/ Stuart E. Jones

Stuart Jones
*Wright, Robinson, Osthimer & Tatum*
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
sjones@wrightrobinson.com