cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ABOUT ATTITUDE, an entity of unknown form, 13817 Vilage Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Civil No.08cv0397 H (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On June 9, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Joseph Yanny, Esq., Dieutinh Yanny, Bob Kipperman and Carina Kipperman on behalf of plaintiff; Stuart Jones, Esq. and Kim Logue on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *July 3, 2008*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *July 17, 2008*;

3. The parties requirement to lodge a discovery plan is hereby waived*;* and,

1

4. Counsel are ordered to appear *by phone on July 25, 2008 at 9:00 a.m.* for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: June 11, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court