cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California corporation, ) | Civil No.08cv0397 H (AJB) |
| Plaintiff, ) | |
| v. ) | SCHEDULING ORDER |
| ABOUT ATTITUDE, an entity of unknown form, 13817 Vilage Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual and DOES 1 through 50, inclusive, ) ) ) ) ) | |
| Defendants. ) | |

Pursuant to Rule 16.1 of the Local Rules, a Case Management Conference was held on July 25, 2008. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

IT IS HEREBY ORDERED:

1. The parties shall disclose the identity of their respective experts in writing by *December 1, 2008*. The date for the disclosure of the identity of rebuttal experts shall be on or before *December 19, 2008*. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony. **The parties must identify <u>any</u> person who may be used at trial to present evidence pursuant to Fed. R. Evid. 702, 703 and 705, respectively. This requirement is <u>not</u> limited to retained experts.**

2.     On or before *January 30, 2009*, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.  **This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.**

3.     Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before *March 2, 2009*.

4.     **Please be advised that failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed.R.Civ.P.37 including a prohibition on the introduction of experts or other designated matters in evidence.**

5.     All fact discovery shall be completed by all parties on or before *December 31, 2008*.  All expert discovery shall be completed by all parties on or before *March 31, 2009*. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1.a. All discovery motions shall be filed within 30 days of the service of an objection, answer or response which becomes the subject of dispute or the passage of a discovery due date without response or production, and only after counsel have met and conferred and have reached impasse with regard to the particular issue.

6.     All other pretrial motions must be filed on or before *May 1, 2009. (In intellectual property cases, this would include claims construction hearings.)* Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.

7.     Counsel's requirement to file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1.f.2 is hereby waived.

8.     Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before *July 13, 2009*.

9. Counsel shall meet and take the action required by Local Rule 16.1.f.4 on or before *July 20, 2009*.

10. Objections to Pre-trial disclosures shall be filed no later than *July 27, 2009*.

11. The Proposed Final Pretrial Conference Order required by Local Rule 16.1.f.6 shall be prepared, served, and lodged on or before *July 27, 2009*.

12. The final Pretrial Conference is scheduled on the calendar of **Judge Huff** on *August 3, 2009* at *10:30 a.m*. The trial is scheduled to commence on  at . The length of the trial shall not exceed  days.

13. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

14. The dates and times set forth herein will not be modified except for good cause shown.

15. Dates and times for hearings on motions should be approved by the Court's clerk before notice of hearing is served.

16. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district judge. No reply memorandum shall exceed ten (10) pages without leave of a district judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

IT IS SO ORDERED.

DATED: August 1, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court