cal___sc___

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIPPYS, INC., a California corporation, ) | Civil No.08cv0397 H (AJB) |
| ) | |
| Plaintiff, ) | |
| v.  ) | ORDER FOLLOWING CASE |
| ) | MANAGEMENT CONFERENCE |
| ABOUT ATTITUDE, an entity of unknown ) | |
| form, 13817 Vilage Mill Drive, Suite 200, ) | |
| Midlothian, Virginia 23114; KIM LOGUE, an ) | |
| individual and DOES 1 through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 25, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Joe Yanny, Esq. and Kim Ashley, Esq. on behalf of plaintiff; Stuart Jones, Esq. on behalf of defendant.

Counsel have met their Rule 26 conference and initial disclosure obligations. The Court and counsel developed a schedule taking this case through the final pretrial conference. A Scheduling Order will be issued separately.

The Court will hold a telephonic Settlement Status Conference on ***August 29, 2008 at 11:30 a.m.*** Plaintiff's counsel will initiate the conference call. At that time, the Court will set the Mandatory Settlement Conference date.

IT IS SO ORDERED.

DATED: August 1, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court