JOSEPH A. YANNY, ESQ., SBN 97979
RAPHAEL B. EMANUEL, ESQ., SBN 218755
KIM D. ASHLEY, ESQ., SBN 253160
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949

Attorneys for Plaintiff Kippys, Inc.

STUART E. JONES, SBN 104566
LeClairRyan LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
Kim Logue, an individual,
doing business as About Attitude

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| KIPPYS, INC., a California Corporation, | NO.: 08-CV-0397 H (AJB) |
|---|---|
| Plaintiff, | STIPULATION TO FILE A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON |
| v. | |
| ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

//

1  IT IS FURTHER STIPULATED that the Defendant waives notice and service of
2  the amended complaint and shall not be required to answer the amendment, and that all
3  denials, responses, and affirmative defenses contained in the answer filed by Defendant
4  to the original complaint shall be responsive to the amended complaint.

7  DATED: August 7, 2008            Respectfully submitted by,

                                    YANNY & SMITH

                                    By: *KimAshley*
                                    Kim D. Ashley
                                    Joseph A. Yanny
                                    Attorneys for Plaintiff, Kippys, Inc.
                                    Email: mail@yannylaw.com

14 DATED: August 7, 2008            LeClairRyan LLP

                                    By: *Stuart Jones*

                                    Stuart E. Jones
                                    Attorneys for Defendant
                                    Email: Stuart.Jones@leclairryan.com

                                    **ORDER**

IT IS SO ORDERED.

DATED: August _____, 2008          _____
                                    United States District Court Judge

2
**STIPULATION AND [PROPOSED] ORDER TO FILE A FIRST AMENDED COMPLAINT**

# CERTIFICATE OF FILING

I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Stuart Jones
LECLAIRRYAN LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
stuart.jones@leclairryan.com

DATED: August 11, 2008                     Respectfully submitted by,

                                                            YANNY & SMITH

                                                            By:  /s/ Kim Ashley

                                                           Joseph A. Yanny
                                                           Kim D. Ashley
                                                           Raphael B. Emanuel
                                                           YANNY & SMITH
                                                           1801 Century Park East, 23rd Floor
                                                           Los Angeles, CA 90067
                                                           (310) 551-2966, Fax (310) 551-1949
                                                           Email: mail@yannylaw.com
                                                           *Attorneys for Plaintiff, Kippys, Inc.*