1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  KIPPYS, INC., a California corporation, | CASE NO. 08-CV-0397 H (AJB) |
| 12                        Plaintiff, | **ORDER GRANTING JOINT MOTION TO FILE AMENDED COMPLAINT** |
| 13      vs. | |
| 14  ABOUT ATTITUDE, an entity of unknown form, 13817 Village Mill Drive, Suite 200, Midlothian, Virginia 23114; KIM LOGUE, an individual; and DOES 1 through 50, inclusive, | |
| 16                        Defendants. | |

17
18
19    On March 3, 2008, plaintiff Kippys, Inc. ("Plaintiff"), a California corporation, filed a
20 complaint against defendants About Attitude and Kim Logue. (Doc. No. 1.) Defendant Kim
21 Logue, doing business as About Attitude, filed an answer to Plaintiff's complaint on March
22 27, 2008. (Doc. No. 14.)
23    On August 11, 2008, the parties filed a joint motion for Plaintiff to file an amended
24 complaint. (Doc. No. 24.) The Court grants for good cause shown the parties' joint motion.
25 Within 10 days of the date this order is stamped "filed," Plaintiff shall file the proposed first
26 amended complaint attached to the parties' joint motion. Pursuant to the joint motion of the
27 parties, see Doc. No. 24, the Court orders that Defendant shall not be required to answer the
28 amended complaint, and that all denials, responses and/or affirmative defenses contained in

1 | Defendant's answer to the original complaint shall be responsive to the first amended
2 | complaint.
3 | IT IS SO ORDERED.
4 | DATED: August 12, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT