1  JOSEPH A. YANNY, ESQ., SBN 97979
   RAPHAEL B. EMANUEL, ESQ., SBN 218755
2  KIM D. ASHLEY, ESQ., SBN 253160
3  YANNY & SMITH
   1801 Century Park East, 23rd Floor
4  Los Angeles, California  90067
   Telephone: (310) 551-2966
5  Facsimile: (310) 551-1949

6  Attorneys for Plaintiff Kippys, Inc.

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

   KIPPYS, INC., a California Corporation,        NO.: 08-CV-0397 H (AJB)
12
                         Plaintiff,              EXHIBITS IN SUPPORT OF FIRST
13                                               AMENDED COMPLAINT
   v.
14
   ABOUT ATTITUDE, an entity of unknown form,
15 13817 Village Mill Drive, Suite 200, Midlothian,
   Virginia 23114; KIM LOGUE, an individual, and
16 DOES 1 through 50, inclusive,

17
                         Defendants.
18
                                          Respectfully submitted,
19
                                          YANNY & SMITH
20
   Dated: August 7, 2008                   /s/ Kim Ashley
21
22                                        Joseph A. Yanny
                                          Raphael B. Emanuel
23                                        Kim D. Ashley
                                          YANNY & SMITH
24                                        1801 Century Park East, 23rd Floor
                                          Los Angeles, CA 90067
25                                        (310) 551-2966, Fax (310) 551-1949
                                          mail@yannylaw.com
26
27                                        *Attorneys for Plaintiff*

28

1

## *TABLE OF CONTENTS*

2

*Page*

3
Exhibit A
4
 Kippys Trademark Registration No. 3,219,265..................................1

5
Exhibit B
6
 Kippys Trademark Registration No. 3,219,266..................................2

7
Exhibit C
 Copyright Application No. 1-RC3PF for "Big Cowboy Belt"........................3

8
Exhibit D
9
 People Magazine Spread from March 2008....................................16

10
Exhibit E
11
 Aboutattitude.com Website Prior to March 1, 2008........................21

12
Exhibit F
 Aboutattitude.com Website as of March 1, 2008...........................23

13
Exhibit G
14
 Cover of Madonna Single "What it Feels Like for a Girl"..............24

15
Exhibit H
16
 Email Confirmations of Belt Order and Shipment from About Attitude.........25

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBITS RE FIRST AMENDED COMPLAINT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Mar 1 04:12:53 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# KIPPYS

| | |
|---|---|
| **Word Mark** | KIPPYS |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely belts, jackets, shirts, hats, caps, sun visors, socks, shorts and pants. FIRST USE: 19480000. FIRST USE IN COMMERCE: 19480000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76647009 |
| **Filing Date** | September 19, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 2, 2007 |
| **Registration Number** | 3219265 |
| **Registration Date** | March 20, 2007 |
| **Owner** | (REGISTRANT) Kippys, Inc. CORPORATION CALIFORNIA 1114 Orange Avenue Coronado CALIFORNIA 92118 |
| **Attorney of Record** | Joseph A. Yanny |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT A
-1-

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Mar 1 04:12:53 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Kippys

| Word Mark | KIPPYS |
|---|---|
| Goods and Services | IC 025. US 022 039. G & S: Clothing, namely belts. FIRST USE: 19480000. FIRST USE IN COMMERCE: 19480000 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 76647010 |
| Filing Date | September 19, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 2, 2007 |
| Registration Number | 3219266 |
| Registration Date | March 20, 2007 |
| Owner | (REGISTRANT) Kippys, Inc. CORPORATION CALIFORNIA 1114 Orange Avenue Coronado CALIFORNIA 92118 |
| Attorney of Record | Joseph A. Yanny |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**EXHIBIT B**
-2-



## Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



No.    **1-RC3PF**

**Date:** 2/27/2008 2:00:16 PM

---

### Received

| | | |
|---|---|---|
| Form(s): | 1 FORM VA | |
| Deposit Count: | 1 | |
| Piece Count: | 1 | |
| Type of Deposit: | 3-DIMENTIONAL ARTWORK | |
| Other Enclosures: | | |
| Title: | KIPPYS BIG COWBOY BELT | |
| # of Additional Titles: | | |
| Priority: | | |
| Received By: | SSIM | |
| # of Documents | | |

- Search Report
- Search
- Retrieval
- Correspondence
- Inspection
- Photocopies
- Additional Certificate
- Certification
- Secure Test Exam

Other:

---

**Received From:** YANNY AND SMITH    Phone:

1925 CENTURY PARK EAST, SUITE 1260

LOS ANGELES, CA 90067

United States

**Representing:**    Phone:

**Correspondence Id**

---

### Fees

| Fees | | Method of Payment | | Amount |
|---|---|---|---|---|
| No Fee: | ☐ | Check: | | 1 @ $45 |
| Fee to be Determined: | ☐ | Money Order: | | |
| Base Fee: | $45.00 | Deposit Account: | | |
| Special Handling Fee: | $ | Deposit Account Name: | | |
| Secure Test Exam Fee: | $ | | | |
| Total Due: | $45.00 | | | |

| | **Total Payment:** | $45.00 |
|---|---|---|

### Notes

---

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

EXHIBIT C
-3-

**YANNY & SMITH**
**CLIENT TRUST ACCOUNT**
1925 CENTURY PARK EAST, SUITE 1260
LOS ANGELES, CA 90067
(310) 551-2966

UNION BAN
LOS ANGELES, CA 90067
16-49/1220

1794

2/25/2008

PAY TO THE
ORDER OF   Register of Copyrights                                $**45.00

Forty-Five and 00/100************************************************************************************   DOLLARS

Library of Congress
Copyright Office, Dept 100
101 Independence Ave., S.E.
Washington, D.C.  20559-6000

MEMO   Kippy's Big Cowboy Belt Copyright application

⑆001794⑆ ⑆122000496⑆ 206014158 7⑆

---

YANNY & SMITH / CLIENT TRUST ACCOUNT

| | | | 2/25/2008 | 1794 |
|---|---|---|---|---|
| Register of Copyrights | | | | |
| 5000 · Client Cost·5140 · Filing Fees | Kippy's Big Cowboy Belt Copyright application | | | 45.00 |

Trust Account - Union   Kippy's Big Cowboy Belt Copyright application                45.00

EXHIBIT C
-4-

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

Kippys Big Cowboy Belt

NATURE OF THIS WORK ▼ See instructions

Belt Design

Previous or Alternative Titles ▼

Model B150-BC

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the
contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Kippys, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

NOTE

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in United States

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions

Nature of Authorship  Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture       ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph         ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design     ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼          Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture       ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph         ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design     ☐ Architectural work

**3**

**a**

Year in Which Creation of This Work Was
Completed

2001

This information
must be given
Year  in all cases.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information  Month _____ Day _____ Year _____
ONLY if this work
has been published.                                              Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the
author given in space 2. ▼

Kippys, Inc. 1114 Orange Ave., Coronado, CA 92118

See instructions
before completing
this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a
brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

EXHIBIT C
-5-

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY             FORM VA

CHECKED BY

☐ CORRESPONDENCE     FOR
    Yes                        COPYRIGHT
                                OFFICE
                                USE
                                ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼    **5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼    **6**

                                                  **a**    See instructions
                                                       before completing
                                                       this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

                                                  **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              **Account Number ▼**    **7**

                                                       **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joseph A. Yanny/Yanny & Smith/1801 Century Park East, 23rd Floor/Los Angeles, CA 90067    **b**

Area code and daytime telephone number    (310) 551-2966          Fax number    (310) 551-1949

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    **8**

check only one ▶    ☐ author
                ☐ other copyright claimant
                ☐ owner of exclusive right(s)
                ☑ authorized agent of **Kippys, Inc.**
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

                                                       Date

   Handwritten signature (X) ▼

     X

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Bob Kipperman c/o Yanny & Smith |
| | **Number/Street/Apt ▼** 1801 Century Park East, 23rd Floor |
| | **City/State/ZIP ▼** Los Angeles, CA 90067 |

**EXHIBIT C**
**-6-**

**9**

*YOU MUST:*
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2006-XXX-XXX/XX,XXX

Title: 1 ½ inch Big Cowboy Belt B-150-BC-A
Dimensions: Width 1/12 inches
          Length varies. 38 inches shown.



EXHIBIT C
-7-



EXHIBIT C
-8-



EXHIBIT C
-9-



EXHIBIT C
-10-



EXHIBIT C
-11-



EXHIBIT C
-12-

Tag



EXHIBIT C
-13-



EXHIBIT C
-14-



EXHIBIT C
-15-



NEWS, STYLE & INTERVIEWS

FAITH    GARTH    MARTINA    BRAD

# People

## COUNTRY SPECIAL

MARCH 2008

## HOTTEST COUNTRY STARS!

### CARRIE UNDERWOOD GETS PERSONAL

## FREE MUSIC DOWNLOADS!

## 25 BEST LOVE SONGS

## AT HOME WITH ALAN JACKSON

DISPLAY UNTIL MARCH 10, 2008

$3.99US $4.99CAN

81>
0 92567 10089 7

People SPECIALS

**6 ON THE SCENE**
Country stars out on the town

**9 ROUNDUP**
The latest on Garth Brooks,
Trace Adkins and more

**16 MAKE ME A COUNTRY
STAR!** Hollywood types try to
become down-home crooners

**18 HAPPY BIRTHDAY,
TAYLOR!** Taylor Swift
celebrates her 18th

**20 MY FAVORITE THINGS**
LeAnn, Martina and Blake
reveal their must-haves

**25 NINE NEW STARS WORTH
LISTENING TO!**
Hot, new (and free!) music

**30 IF I WERE 17 AGAIN…**
Behind Brad Paisley's new hit

**32 THE MOST ROMANTIC
THING I'VE EVER DONE**

**34 BEST LOVE SONGS**

**37 THE BOOTS STARS LOVE**
Favorite styles of the famous

**41 I REALLY LOVE MY…**
A-list accessories

**44 COVER: CARRIE TELLS ALL**
Carrie Underwood opens up
about her career and love life

**50 A COUNTRY BOY'S
PARADISE** Inside Alan
Jackson's home

**59 FABULOUS FIREPLACES**
Celebs bare their hearths

**62 STARS AT PLAY**
How your faves have fun

**68 THE FIT PARADE**
Keeping in stage shape

**73 KIX BROOKS UNCORKED!**
His guide to wine

**76 TRISHA'S HOME COOKING**
Yearwood shares a recipe
from her new cookbook

**78 GARY ALLAN'S PUERTO
VALLARTA** The singer's
ideal vacation spot

**80 PICTURE PUZZLE**



50
Alan Jackson
gives a tour of
his Tennessee
mansion



37
**Favorite boots**



76
Trisha Yearwood
serves up her recipe
for barbecued ribs

**STAFF FOR THIS ISSUE**

Editor: Cynthia Sanz  Senior Editor: Jamie Bufalino
Associate Editor: Eileen Finan  Art Director: Sara Panes
Deputy Art Director: David Jaenisch
Director of Photography: Chris Dougherty  Pictures: Christine Ramage
(Editor), Barbara Rocha-Beck, Jennifer Lombardo
Writers: Shelley Akers, Antoinette Y. Coulton, Bonnie Dybull,
Julie Jordan, Bethany Lye, Samantha McIntyre, Thailan Pham,
Brenda Rodriguez, Karen Schneider, Ericka Sóuter, Charlotte Triggs,
Kay S. West, Jennifer Wren, Virginia Luppescu
Fashion and Home: Theresa Cruz, Joyce Huang, Dwyer Paulsen
Reporters: Lucy Hitz, Debra Lewis-Boothman, Hugh McCarten,
Lesley Messer, Vincent Peterson, Christina Tapper, Melody S. Wells
Research: Robert Britton (Director), Céline Wojtala (Deputy),
David Barlow, Jane Beebe, Sal Cervantblize, Margery Frohlinger,
Suzy Im, Eun Sheehy, Jack Styczynski, Patrick Yang
Copy Editor: Lance Kaplan

Production Artists: Denise Doran, Cynthia Miele, Dan Neuberger
Scanners: Brian Foy, Stephen Palacios
Imaging: Francis Fitzgerald (Manager), Romeo Cifelli, Charles Giardino
(Assistant Managers), Mark Polonski
Production: Lori Kyle (Director), Meghan Mikowski (Manager),
Amy Loup (Associate Director), Rachel Shweky, Debbie Callaway,
Patty Koh
Administration: Patricia Hastno
Publishing: Paul J. Caine (President), David Geithner (VP, Group
General Manager), Nancy Valentino (VP, Communications & Brand
Development), Jennifer Ogden Reese (VP, Consumer Marketing),
Lori A. Kyle (Production Director, People Group), Peter Medved
(Associate Publisher, Advertising Sales), Susan Parkes-Cirignano
(Associate Publisher, Marketing, People Group), Elissa Fishman (Finance
Director, People Group), Andy Meyerson (Eastern Advertising Director)

THE STARS
ADORED THESE
ACCESSORIES
SO MUCH,
THEY JUST
HAD TO GIVE
THEM ENCORE
APPEARANCES

# I REALLY
# LOVE MY...



**FAITH HILL**

...at a taping of *The Ellen DeGeneres Show*

Out in N.Y.C. in August...

...leaving a restaurant...

**Get the Look!**

About Attitude Braided handle tote, $68; aboutattitude.com

**VALENTINO VIREE BAG**

ABERCROMBIE

EXHIBIT D
-18-

# I REALLY **LOVE** MY...



Performing on the *Today* show in February '07.

**KNIT CAP**



### KEITH URBAN

In N.Y.C. Nov. 14.



In Sydney Oct. 27.



## Get the Look!

**The North Face** GTO Knit Buster Beanie, $25; thenorthface.com for stores



Rehearsing May 11.



### GRETCHEN WILSON

In Las Vegas May 12.

**KIPPYS BELT**



In L.A. Oct. 25.



## Get the Look!

**About Attitude** Rhinestone-Studded Belt, $59; aboutattitude.com

EXHIBIT D
-19-

**JENNIFER NETTLES**



In Nashville last March.



**BANGLE BRACELETS**

In Nashville in June.



At an Atlanta concert last April.




## Get the Look!

**Rimistyle**
Bangle Jangle Set, $20; rimistyle.com



**SO NICE SHE WORE IT TWICE!**

In Phoenix last March.

**REBA McENTIRE**
in Carmen Marc Valvo.



At an N.Y.C. concert in October.

EXHIBIT D
-20-

CLOCKWISE FROM TOP LEFT: RANDI MACFARLANE/REX; LAURA FARR/ADMEDIA; FERNANDO ALLENDE/BAUERGRIFFINONLINE; JAY BLAKESBERG/RETNA; JOHN MEDINA/WIREIMAGE

Home  WHAT'S HOT?   Shopping Bag  Contact Us  Price Match  About Us

# about attitude

Free Shipping On Orders Over $75

**Search**

WHAT'S HOT?
As Seen In...
Belts
Card Cases
Cosmetic Bags
Cowboy Boots
Handbags
Jewelry
Laptop Bags
Pet Carriers
Small Accessories
Travel Accessories
Wallets

### Contact Us

Feel free to contact us with any questions you may have.

about attitude
13817 Village Mill Dr. Suite 200
Midlothian, VA 23114
fax: 804.897.9163

Best way to reach us is via email
**info@aboutattitude.com**
A response will be sent within 24 hours

***NOTE: If you do not receive a response from us please check Bulk and Spam folders. Yahoo email accounts in particular filter our emails to Bulk mail.

Press inquiries please contact:
**kim@aboutattitude.com**

Taber

Email  Web Admin  Return Policy  Shipping
Policy  Additional Policies/Disclaimer

Last Updated: 2/11/2008 8:02:39 PM

©2006 Copyright about attitude

EXHIBIT E
-21-

**Search** Home - Belts

1 2 3 Next

Sort by Price

WHAT'S HOT?
As Seen In...
**Belts**
   Cool Buckles
   Leather
   Leatherock
   Pucci Inspired
   Sequin Sash
   Treesje
Card Cases
Cosmetic Bags
Cowboy Boots
Handbags
Jewelry
Laptop Bags
Pet Carriers
Small Accessories
Travel Accessories
Wallets



Amber Studded Belt
$149



As Seen In People
Rhinestone Belt-Black
$59



As Seen In People
Rhinestone Belt-Pewter
$59



Belt Buckle-Pirate Light
Buckle
$25



Belt Buckle-Skull Bottle
Opener
$20



Belt Buckle-Tattoo Flash
$22



Belt Buckle-You
Bitch-Black
$22



Belt Strap-Black
$10



Belt Strap-White
$10

EXHIBIT E
-22-



home | about us | contact us | shopping bag | search:

Home > As Seen In > People March '08

# People March '08



**What's New**
**As Seen In**
**Handbags**
**Cosmetic Bags**
**Belts**
**Jewelry**
**Laptop Bags**
**Pet Carriers**
**Travel**





**SEND**

**Newsletter Sign Up**
receive exclusive offers and
important updates

enter email address

**SIGN UP**

**Rhinestone Studded Belt**

$59.00



**Double Braided Handle Tote**

$68.00

home | returns | shipping | policies | site map | disclaimer | s





02/21 208 15:44   #638 P 002/002

Receipt – PayPal                                                          02/18/2008 01:49 PM

*ordered per Bb -2/18*

## About Attitude

**Receipt**                                    **PayPal**  🔒 Secure Payments

**Ship To:** Catherine Busbee          **Seller**          About Attitude
P.O. Box 181495                       **Information:**     paypal@aboutattitude.com
Coronado, CA 92178
United States                         This Payment will appear on your credit card
                                      statement as **"ABOUTATTITU"**

**Receipt ID:** 0901-4326-5076-41B1              Placed on **Feb. 18, 2008**

| Item | Options | Quantity | Amount |
|------|---------|----------|--------|
| As Seen In People Rhinestone Belt-Black<br>$59 Item # 3380bk*59 | | 1 | $59.00 |

Subtotal:          $59.00 USD
Shipping & Handling:      $8.00 USD
**Total Amount:  $67.00 USD**

( Print )  ( Done )

PayPal. The safer, easier way to pay.
For more information, read our User Agreement and Privacy Policy.

> Date: Tue, 26 Feb 2008 14:56:24 -0800
> Subject: Your purchase will be shipped by PayPal Shipping with U.S. Postal
Service®
> To: catherinebusbee@hotmail.com
> From: service@paypal.com
>
> Dear Catherine Busbee,
>
>
>
> Your package will be shipped by PayPal Shipping with U.S. Postal Service
> About Attitude used PayPal Shipping with U.S. Postal Service to create a
shipping label for your package.
>
> You can check the delivery status of your package online at:
>
>
http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do?origTrackN
um=910115013471142887747
>
>
> Please note: Tracking information is updated throughout the day, but most
data is transmitted in the afternoon or evening. For example, if your
Express Mail® package is mailed today at 10:00 a.m., you might not be able
to view tracking information until the next day.
>
>
> ----------------------------------
> Shipment Details
> ----------------------------------
>
> Tracking Number: 910115013471142887747
>
> Shipped From:
>
> About Attitude
> 13817 Village Mill Drive
> Suite 200
> Midlothian, VA
> 23114
> United States
>
>
> Ship To:
>
> Catherine Busbee
> P.O. Box 181495
> Coronado, CA
> 92178
> United States
>
>
> Carrier: U.S. Postal Service
>
> Service Type: Priority Mail® (2-3 days)
>
>
> Note: Shipping time may sometimes exceed time shown for selected service
type, depending on the distance between seller and buyer.
>
>
>
> ----------------------------------------------
> Your Purchase Details
> ----------------------------------------------
>
>
> Amount: $67.00 USD
>

EXHIBIT H
-26-

> Transaction ID: 6YN82949K5018674C
>
>
> Subject:custom field
>
> Note:custom field
>
>
> ---------------------------------------------------
> Transaction Details
> ---------------------------------------------------
> You can view PayPal transaction details related to this shipment at:
> https://www.paypal.com/us/vst/id=6YN82949K5018674C
>
>
> ---------------------------------------------------
>
>
>
>
> Sincerely,
> PayPal
>
>
>
> ---------------------------------------------------
> PROTECT YOUR PASSWORD
>
> NEVER give your password to anyone, including PayPal employees. Protect
yourself against fraudulent websites by opening a new web browser (e.g.
Internet Explorer or Netscape) and typing in the PayPal URL every time you
log in to your account.
>
>
> ---------------------------------------------------
>
>
>
> ---------------------------------------------------
>
> PayPal Email ID PP242

# CERTIFICATE OF FILING

I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants and served upon counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Stuart Jones
LECLAIRRYAN LLP
44 Montgomery St., 18th Floor
San Francisco, CA  94104
(415) 391-7111, Fax (415) 391-8766
stuart.jones@leclairryan.com

DATED: August 14, 2008                    Respectfully submitted by,


YANNY & SMITH

By:  _/s/ Kim Ashley_____

Joseph A. Yanny
Kim D. Ashley
Raphael B. Emanuel
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 551-2966, Fax (310) 551-1949
Email: mail@yannylaw.com
*Attorneys for Plaintiff, Kippys, Inc.*